WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'10 JUL 09 15:45USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KATHLEEN HOLLAND,**                                         CV # 08-1194-JE

    Plaintiff,

vs.                                                           ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

    Attorney fees in the amount of $5,950.00 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 7 day of July, 2010.

                                                    /s/ John Jelderks
                                        United States ~~District~~ /Magistrate Judge

Submitted on June 18, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1